Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Karen Y. Stewart, U.S. Department of Justice, Civil Division, Washington, D.C., for Respondent.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The record clearly shows that petitioner was convicted of possessing methamphetamine for purposes of sale in violation of California Health and Safety Code section 11378. The Board of Immigration Appeals did not abuse its discretion in finding petitioner removable as an aggravated felon. *See United States v. Baron–Medina*, 187 F.3d 1144, 1146 (9th Cir.1999) (stating that, where a state conviction is at issue, the crime is an aggravated felony where the conduct prohibited under state statute is also punishable under federal law). Accordingly, this petition for review is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James H. SANDERS, Defendant–Appellant.**

No. 06–10584.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2007 *.

Filed April 9, 2007.

Daniel S. Linhardt, Esq., Thomas E. Flynn, Esq., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

James H. Sanders, Scottsdale, AZ, pro se.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

**Sergei PORTNOY; et al., Plaintiffs–Appellants,**

v.

**UNITED STATES of America; et al., Defendants–Appellees.**

No. 06–16956.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2007 *.

Filed April 9, 2007.

Sergei Portnoy, Woodland, CA, pro se.

Elena Portnoy, Woodland, CA, pro se.

Office of the U.S. Attorney, Audrey B. Hemesath, Esq., Mary M. Waltermire, Esq., Ann L. Kanter, Esq., Sacramento, CA, for Defendants–Appellees.

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

**Kenneth Duane AGTUCA, Petitioner–Appellant,**

v.

**Amos REED; et al., Defendants–Appellees.**

No. 06–35680.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2007 *.

Filed April 9, 2007.

Kenneth Duane Agtuca, Seward, AK, pro se.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).